**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00367-HDM-PAL |
| | ) | 2:12-cv-02132-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ELLIOTT DAUGHERTY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 13, 2012, defendant filed a second motion for relief pursuant to 28 U.S.C. § 2255 (#73). Defendant's first § 2255 motion was denied by the court on March 16, 2009. The court may not consider a second or successive § 2255 motion absent a certificate from the Court of Appeals authorizing it to do so. 28 U.S.C. § 2255(h); *id.* § 2244; *United States v. Washington*, 653 F.3d 1057, 1065 (9th Cir. 2011). No such certificate has been filed in this case, and in fact defendant admits his request for such has been denied. (Def. Mot. 1). Accordingly, as the Ninth Circuit has

1

not authorized the filing of a second or successive § 2255 petition in this case, this court is without jurisdiction to entertain defendant's second § 2255 petition and the petition (#73) must therefore be dismissed.

DATED: This 17th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE