# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00367-HDM-PAL |
| ) | 2:12-cv-02201-HDM |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ELLIOTT DAUGHERTY, ) | |
| ) | |
| Defendant. ) | |

On December 13, 2012, defendant filed a second motion for relief pursuant to 28 U.S.C. § 2255 (#73). On December 17, 2012, the court dismissed defendant's motion on the grounds that it lacked jurisdiction to consider the second or successive § 2255 petition (#74). On December 26, 2012, the defendant filed another document asserting claims under § 2255 (#75). It is unclear whether defendant intended to file yet another § 2255 motion or whether he intended the document to supplement his December 13, 2012 petition. Either way, the court is without jurisdiction to consider the defendant's claims for the same reasons set forth in its order dated December 17, 2012. Accordingly, defendant's § 2255 motion (#75) is hereby **DISMISSED**.

DATED: This 16th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE