**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00367-HDM-PAL |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ELLIOTT DAUGHERTY, | ) | |
| Defendant. | ) | |

Before the court is the defendant's "Motion for Relief and or Judgment" (#83). The government has opposed defendant's motion (#84). Defendant has not filed a reply, and the time for doing so has expired.

Defendant seeks relief under 18 U.S.C. § 3559(c)(7) and U.S.S.G. § 4B1.1 based on a claim that certain of his prior felonies have been retroactively reduced to misdemeanors by operation of California Proposition 47.

Defendant has not established that he is entitled to relief under § 3559(c)(7).[1]  First, he was not sentenced to a mandatory

---

[1] Section 3559(c)(7) provides: If the conviction for a serious violent felony or serious drug offense that was a basis for sentencing under this subsection is found, pursuant to any appropriate State or Federal procedure, to be unconstitutional or is vitiated on the explicit basis of innocence, or if the convicted person is pardoned on the explicit basis of innocence, the person serving a sentence imposed under this subsection shall be resentenced to any sentence that was available at the time of the original sentencing.

1

term of life imprisonment pursuant to 18 U.S.C. § 3559(c) and thus is not entitled to be resentenced under § 3559(c)(7). *See United States v. Sullivan*, 2005 WL 2090236, at *1 (11th Cir. 2005) (unpublished disposition). Second, even if § 3559(c)(7) were applicable to his case, defendant has not established that his prior convictions have been declared unconstitutional or vitiated explicitly on the basis of innocence, or that he has been pardoned on the explicit basis of innocence.

Nor has defendant established any basis for reconsidering his career offender status under U.S.S.G. § 4B1.1, even assuming the court has the authority to do so. Proposition 47 did not impact defendant's prior convictions under California Penal Code § 459 listed in paragraphs 30 and 31 of the Presentence Report. *See* Proposition 47, 2014 Cal. Legis. Serv. Prop. 47; Doc. #69 (Court's Order Dated Mar. 16, 2009, at 3-6); Doc. #83 (Mot. 3-4).

In accordance with the foregoing, defendant's "Motion for Relief and or Judgment" (#83) is **DENIED**.

**IT IS SO ORDERED.**

DATED: This 10th day of April, 2015.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2