# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00367-HDM |
| ) | 2:16-cv-01271-HDM |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER |
| ELLIOTT DAUGHERTY, ) | |
| Defendant. ) | |

On June 13, 2016, the court stayed proceedings on the defendant's 28 U.S.C. § 2255 motion pending the Ninth Circuit's decisions in *Jacob v. United States*, No. 15-73302 and *Gardner v. United States*, No. 15-72559. On August 1, 2016, the Ninth Circuit entered orders in both *Jacob* and *Gardner* authorizing the filing of second or successive petitions and closing the original actions in that court. Accordingly, the defendant's motion to lift stay (ECF No. 91) is **GRANTED** and the stay of these proceedings is hereby **LIFTED**. The government shall file a response to the defendant's § 2255 motion (ECF No. 87) no later than September 19, 2016.

IT IS SO ORDERED.

DATED: This 3rd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE