**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00367-HDM |
| | ) | 2:16-cv-01271-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ELLIOTT DAUGHERTY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant shall have until October 21, 2016, in which to file any reply to the government's response to his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

DATED: This 21st day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE