1
2
3
4
5
6
7
8

9                          **UNITED STATES DISTRICT COURT**

10                            **DISTRICT OF NEVADA**

11

12   UNITED STATES OF AMERICA,          )      2:06-cr-00367-HDM
                                         )      2:16-cv-01271-HDM
13                    Plaintiff,         )
                                         )
14   vs.                                 )      ERRATA
                                         )
15   ELLIOTT DAUGHERTY,                  )
                                         )
16                    Defendant.         )
     _____)

17
18        The court's order of December 8, 2016 (ECF No. 96) contains a

19   typographical error.  On page 4 line 13, the date should be April

     9, 2017, instead of April 9, 2016.  Accordingly, the court's order

20   of December 8, 2016, is hereby amended to reflect to correct date

21   of April 9, 2017, at page 4 line 13.

22        IT IS SO ORDERED.

23        DATED: This 9th day of December, 2016.

24

25                                    _Howard D M-Killhun_

26                            _____
                              UNITED STATES DISTRICT JUDGE

27
28